Deshone Orr # 1004457
Name and Inmate Booking Number

N.N.C.C.
Place of Confinement

P.O. Box 7000
Mailing Address

Carson City NV 89702
City, State, Zip Code

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Deshone Orr,

Plaintiff

vs.

(1) Officer D. Kelley et. alia.,

(2) Officer J. Martinez,

(3) Officer J. Navarrete,

(4) Officer D. Wachter,

(5) Does. I - IV,

Defendant(s).

Case No. _____
(To be supplied by Clerk of Court)

## CIVIL RIGHTS COMPLAINT
## BY AN INMATE

☑ Original Complaint

☐ First Amended Complaint

☐ Second Amended Complaint

☑ Jury Trial Demanded

## A.    JURISDICTION

1)    This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
   ☐ Other: _____

2)    Institution/city where Plaintiff currently resides: Northern Nevada Correctional Center

3)    Institution/city where violation(s) occurred: Southern Desert Correctional Center

**B.    DEFENDANTS**

1.  Name of first Defendant: _Darryl Kelley_. The first Defendant is employed as:
_Correctional Officer_ at _S.D.C.C._.
    (Position of Title)                          (Institution)

2.  Name of second Defendant: _J. Martinez_. The second Defendant is employed as:
_Correctional Officer_ at _S.D.C.C._.
    (Position of Title)                          (Institution)

3.  Name of third Defendant: _J. Navarrete_. The third Defendant is employed as:
_Correctional Officer_ at _S.D.C.C._.
    (Position of Title)                          (Institution)

4.  Name of fourth Defendant: _D. Wachter_. The fourth Defendant is employed as:
_Correctional Officer_ at _S.D.C.C._.
    (Position of Title)                          (Institution)

5.  Name of fifth Defendant: _Does I - IV_. The fifth Defendant is employed as:
_Correctional Officers_ at _S.D.C.C._.
    (Position of Title)                          (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.    NATURE OF THE CASE**

Briefly state the background of your case.

Plaintiff Deshone Orr was brutally attacked and beating by numerous S.D.C.C. officers without any cause, later discovered it was due to a Retaliation where plaintiff was mistakenly accused as a person who had assaulted another officer by Fentanyl poisoning. Officers and staffing then falsely submitted Notice of Charges against plaintiff to excuse their violations where Administration Officials allowed these acts to go unresolved or corrected in efforts to conceal wrong doings by named officers., plaintiff received serious injuries and sufferings having lasting effects.

2

Continuation.    **B.    DEFENDANTS**

1.  Name of first Defendant: J. Swidas . The first Defendant is employed as:
    Correctional Officer at S.D.C.C. .

    (Position of Title)                          (Institution)

2.  Name of second Defendant: Warden Oliver . The second Defendant is employed as:
    Head Warden at S.D.C.C. .

    (Position of Title)                          (Institution)

3.  Name of third Defendant: Warden M. Hubbard-Pickett. The third Defendant is employed as:
    Assoc. Warden at S.D.C.C. .

    (Position of Title)                          (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at _____ .

    (Position of Title)                          (Institution)

5.  Name of fifth Defendant: _____. The fifth Defendant is employed as:
    _____ at _____ .

    (Position of Title)                          (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.    NATURE OF THE CASE

Briefly state the background of your case.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

2A

## D.    CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: Excessive Force and Deliberate Indifference under the 8th Const. Amends.

2. **Claim 1**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care          ☐ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion  ☐ Property

   ☐ Access to the court        ☑ Excessive force by officer   ☐ Retaliation

   ☐ Threat to safety           ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: November 2023 - January 2024.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1. On November 28, 2023 while housed at Southern Desert Correctional Center in unit-6C-9. plaintiffs entire unit was evacuated for an unusual fire drill around 11:00 p.m. - 5:00 p.m.

2. Plaintiff and inmates were escorted to the chow hall.. where all were searched and taken into the gymnasium, here nobody seemed to know what was occuring or why.. until later.

3. Later, all were escorted back into unit 6C only to discover the unit had been shaken down by many officers, the "fire drill" being a ploy.. to carry out the search.

4. While back inside our cell, plaintiff and cellmate Bethae were suddenly confronted by CERT officers at door ordering us to get on our knees and place hands on our heads," all was complied with and handcuffed without any resistance.

5. Plaintiff was then taken outside of this unit when suddenly.. Officers Kelley, Martinez, Navarette, Wachter, also unknown Does I and II began collectively beating plaintiff with closed fists about his face.. head.. ribs and legs pumbeling plaintiff down to his knees onto the ground, with Excessive Force.

3

6. This serious assault occuring without any provocation by plaintiff and no reason why this was being done, plaintiff having no way to defend himself for hands were cuffed behind his back with Doe II holding by handcuff links.

7. After this violent attack these officers lifted plaintiff completely into the air and slammed him face down onto the transport cart. Officers dragged onto the bed of cart causing wood splinters to get embedded into his face.

8. Here officers Martinez, Navarette, Wachter and Does began literally ripping plaintiffs hair out of his head... while plaintiffs head was being jerked backwards officer Kelley was attempting to jam an unknown object into plaintiffs mouth and throat, plaintiff was defenseless!

9. While officer Kelley was doing this disquisting act he was stating.. "Yeah, you like that huh, bitch as nigga"! while smiling sadistically, officers were seeming to be feeding off each others adrenalyn energy.

10. This act by officer Kelley was being done in a type of sexual manner to belittle and degrade plaintiff, these beatings continued on for a couple more minutes while officers were spewing derogatory remarks and insults.

11. Plaintiff was driven up to Operations face down in the transportation cart while these officers continued to kick plaintiffs head and body while we drove along. This all occuring out in the open under video surveilance without any concerns to their wrong doings.

3A

12. Let Judicial Notice be taken that numerous officers here at Southern Desert and High Desert are well known to have been involved with many serious attacks against inmates, even allegations of Murders and cover-ups in concealing their involvements, officer Kelley being a main culpret.

13. Upon arriving at Operations officer Kelley threatened plaintiff stating.. "you better tell the higher-ups that inmates assaulted you or you'll get worse than you got". Here plaintiff still not knowing what was occuring or why?

14. Arriving at Operations plaintiff was pulled off the cart by his shackles onto the ground... like a bag of trash, taken into Operations and strip searched, where plaintiff is attacked again by these officers.. without any help.

15. Officer Kelley ordered officers to "not hit plaintiff in the face anymore" because now plaintiffs face and nose was gushing blood! which would be found to be broken at the hospital in Las Vegas.. herein (Exhibit-1).

16. Plaintiff was then escorted to Medical where officer Doe III had attempted to place plaintiff in a room with a camera. However, before she could officers intervened her stating... "hey, place him in another one.. we dont want him on camera yet".

17. Plaintiff fearing more beatings were coming, mouthed to Doe III stating.. "look what they did to me.. please help me"! Here Doe III radioed officers to pick up plaintiff and take back to Operations.

3B

18. Plaintiff was escorted back to Operations... placed into a cell where officer Navarcete threatened plaintiff by stating... "It's not over... I'm gonna get me one more in". During this entire encounter there was no interventions by any other staffing, plaintiff believing he was in real danger.

19. About ten minutes later officer Martinez returned with a camera and a Nurse to record plaintiff to say that inmates assaulted him. Where Martinez asked.. "who did this to you"? while giving plaintiff the evil eye as a reminder of what could occur, Plaintiff out of fear responded..."Inmates did".

20. Plaintiff was finally escorted back to the Infirmary to await en route... Emergency Medical Technicians to transport plaintiff to Mountain View Hospital for severe injuries. While waiting plaintiff received no assistance from nursing Infirmary.

21. While waiting for E.M.T. transport a Sergeant Doe IV asked plaintiff who assaulted him? where plaintiff could only think the worse and fearing his life could be in danger stated... "Inmates did".

22. This statement clearly not true and ellicited only after Doe IV stated.. "do I need to get CERT in here to remind you of your answer? Where this Doe IV smiled and replied.. "thats what I wanted to hear and thats what you better keep saying." Showing that all these staffing were involved and work in a conspiracy to conceal violations, by violence and threats.

3C

23. Plaintiff was then transported to Mountain View Hospital for treatments to injuries accompanied by an officer Nanez... who was a rookie and not wanting to be told anything about what had occured by plaintiff.. and officers.

24. Plaintiff was relieved that he had made it through the situation and was reassured by E.M.T. personell that "he was going to be o.k. and safe now," because plaintiff was panicked about what was going to happen next... seeming like all were involved... herein (Exhibit-1 ).

25. Medical diagnosis and records show plaintiff suffered injuries and pains in his ribs... wrists and head areas by blunt injuries.    Symptoms of chest pains and labored breathing due to numerous kicks and a broken nose! also numerous contusions and scrapes, documented.

26. Medical Narrative that was provided by S.D.C.C. staff indicates these numerous injuries to include issues with inhaling.. Knots and pain in back of head.. loss of consciousness with large area of missing hair. Where officers ripped out large patches of hair leaving bald down to the scalp.! shown herein (Exhibit-1 ).

27. Numerous unit video surveilances throughout this S.D.C.C. shown that plaintiff was attacked by these officers and Not inmates... Video evidences support plaintiffs claims and accounts of events that occured on November 28, 2023 by officials acting under color of State law, whom are liable in their Individual and Official capacities.

3D

28. These illegal violations of Excessive Force and Cruel and Unusual Punishments are further supported by direct admissions of officer Kelley and Navarrete. Where after returning from the hospital on this November 28, 2023 plaintiff was placed in segregation unit 8A-38.. see Case Notes.

29. Later on this same day officers Kelley and Navarrete approached plaintiff to apologize for what they had done.. admitting that plaintiff "was the wrong person and they now know it wasn't him who had thrown Fentanyl in another officers face!"

30. This attack upon this officer resulted in him being Care Flighted to the hospital on around November 24, 2023 days prior to this incident with plaintiff, and was the cause for the "fire drill" shakedown. Where officers were falsely informed that this plaintiff was the inmate who attacked this officer with Fentanyl poisoning! and the reason for the brutal beatings that were inflicted.

31. This being done out of Retaliation against plaintiff for something he did not even do., which was later cooberated by Inspector General Brian Shields during a personal meeting in Operations on around early January 2024. This in relation to plaintiffs Grievance submitted on December 3, 2023 in Log# 2006.31.59804, which was investigated under.. IN-2023-0582., grievance later denied following delays herein.. (Exhibit-2 ).. Attorney Generals Office also conducted an Investigation, see (Exhibit-3 ).

3E

32. Inspector Brian Shields had acknowledged plaintiffs violations were true occurances and stated..."we know what happened to you by those officers and will take care of you... and plaintiff will be transferred" etc... plaintiff can provide more details by testimony or deposition.

33. On this same day plaintiff had also spoke to Attorney General Chris Rivers who acknowledged the same, and later via telephone correspondence on around September 2024 Chris Rivers stated... "he knew plaintiff was coerceied to say inmates did it", pertaining to the attack. Also stating... "they were going to the D.A. to seek possible charges upon officers and if plaintiff needed to subpoena him he would say something happened". see business cards herein (Exhibit-3).

34. This due to prison videos being reviewed and facts obtained in their investigations that showed named officers violated plaintiffs, under the 8th Const. Amends.. Excessive Force and Cruel and Unusual Punishments, where many other staff and officers were Deliberately Indifferent to what was occuring.. violated Nevada Const Art 1§6.

35. These violations also not in accordance with N.RS.209, Administrative Reg. 339 and newly passed Assembly Bills-121 and Senate Bill-153 and 307. These officers are liable under the Civil Rights Act..42 usc §1983, acting under Color of State Law for these numerous criminal and civil violations against plaintiff Deshane Orr #1004451.

3F

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: Deliberate Indifference under the 8th Const. Amends and Due Process under 14th Const. Amends.

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care              ☐ Mail

   ☑ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property

   ☐ Access to the court        ☐ Excessive force by officer ☐ Retaliation

   ☐ Threat to safety           ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: November 2023 - January 2024.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1. In around December 2023 - January 2024 plaintiffs mother was contacting the Southern Desert Correctional Centers Admin. and speaking with Assoc. Warden M. Hubbard-Pickett who is also the Grievance Coordinator, this is regards to plaintiffs attacks and threats to safety raised in Claim-1.

2. Where in late January 2024 plaintiff was called into Warden Hubbard-Picketts office to determine his situation or if he was assaulted. Here plaintiff advised her that "she has a corrupt Sergeant and officers that work throughout operations."

3. Warden Hubbard-Pickett ask "which one," where plaintiff gave description of the Sergeant in question and what had occured with the Excessive Force beatings on November 28, 2023. All of which was already known by many staffing and medical nursing to include this Grievance Coordinator in (Exhibit-2).

4. This Sergeant. Doe IV was identified and called into the office where he saw plaintiff there, giving a startled look and immediately stated. "I have an alibi and I wasn't there for that", without being asked any question yet..?

4

5. Warden Hubbard-Pickett responded.. "why would you mention an alibi when you dont even know why I called you in for?.. and wasn't there for what?" Where this Doe IV stated.. "I'm just saying I have an alibi", here the room was filled with akwardness.

6. In visible frustration Hubbard-Pickett ordered this Doe IV to get out of her office and instructed plaintiff "to file a grievance so it can be investigated properly". Even though grievances were already submitted on December 3, 2023 and December 25, 2023, which were rejected as Improper Grievances by this same M. Hubbard-Pickett.. Grievance Coordinater in Log# 2006·31· 59804... herein (Exhibit-2).

7. This supported by numerous kites by plaintiff attempting to address hinderances and delays, also showing that Administration and Hubbard-Pickett was fully aware of what had occured. Where the incident with an officer being assaulted with Fentanyl poisoning was being investigated by the Attorney Generals and Inspector Generals Offices.. so they all were aware!

8. Numerous kites and informations available throughout these agencies and files.., some of plaintiffs informations and Notice of Charges attached herein (Exhibit-3). Provided to support claims of Deliberate Indifference by superior officials at Southern Desert Correctional Center, where these officers already have numerous other complaints and Civil Rights lawsuits against them by many inmates from within the N.D.C.C.. showing Systemic ongoing violations.

4A

9. Plaintiff had received his fabricated Notice of Charges for Battery in OIC # 528390.. this for alledgedly kicking officer Kelleys left shin while being transported to Operations. Where charges state.. "between hours of 1700-1730 it was brought to me that inmate Orr, Deshone #1004451 and Bethae Jalen #1125407 housed in 6C-9 needed to be escorted to operations".. herein (Exhibit-3), on November 28, 2023.

10. Take notice it was never revealed who ordered the escort or why? where in charges by officer Kelley he states... "he noticed that plaintiff appeared to have been in an altercation prior." Where all unit inmates had just been escorted out of this unit and strip searched by numerous officers who were controlling and watching all inmates while the unit was being searched.

11. Where plaintiff and cell mate had just been placed back into our cell and cleaning up the mess when officers arrived at our cell 6C-9, for yet another escort to operations? Where it is stated.. "inmate Orr began to resist and placed on cart face down" and began kicking across left shin".

12. At this point resisting and kicking for what reasons? where the report goes on to state... "we continued to escort Orr down to medical so him and Bethae could be seperated." Even though it was previously stated.. inmates were to be transported to Operations for an unknown reason or source? A falsified charge used to conceal facts and justify Excessive Force... without utilizing video evidences of what occured.

4B

13. Plaintiff also received another falsified Notice of Charges for Contraband in OIC # 528410.. where officer Martinez "alledgedly found a weapon "shank" inside plaintiffs mattress while inventorying his property in Operations." This occuring after plaintiff had been beaten and being placed in the hole..unit 8A-38, which followed the unit shakedown.

14. Where officers had already searched plaintiffs cell very thoroughly where they were looking for drugs that were used to assault an officer with Fentanyl poisoning. Now officer Martinez is claiming to have found a shank inside plaintiffs mattress.. the officer who was just involved with brutally attacking plaintiff earlier on November 28, 2023, shown herein..(Exhibit-3).

15. This further supported by another Notice of Charges for Unauthorized Property in OIC # 528383.. located during the unit search by the same officers who used Excessive Force upon plaintiff without cause on November 28, 2023. These charges being used to show that plaintiffs cell was already searched by officers and are being falsified...(Exhibit-3).

16. Plaintiff would later be found guilty of all charges without a fair hearing in accordance with A.R. 707.. violating Due Process under the 14th Const. Amends. Plaintiff had filed Grievance in Log# 2006.31.61875.. where it to rejected as Improper Grievance and still not received back, plaintiff later transferred to High Desert State Prison.. now currently housed at Northern Nevada Correctional Center.

4C

17. Plaintiff raises this claim of Deliberate Indifference under the the 8th Const. Amends. that connects to falsified Notice of Charges and Disciplinary Proceedings that have been used against plaintiff in violation of the 14th Const Amends. N.R.S. 209 and A.R. 707, also as to Assembly Bill-452.

18. Where charges were placed against plaintiff to excuse and justify Excessive Force beatings and injuries, known by superior officers... wardens and investigators. None of these officials moved to correct these serious violations but instead ignored issues that occured to protect their own interests, by utilizing erroneous charges.

19. Holding Warden Oliver and Assoc. M. Hubbart-Pickett liable under.. "Respondent Superior" for failures to uphold oaths and duties under laws.. and for not maintaining authority and control over subordinate officers who are known to be involved in criminal behaviors and violence against inmates, not in accordance with A.R. 339.

20. Plaintiff further impacted by Mental and Emotional distress due to these violations by officials who are the ones hired to protect inmates. Plaintiff left to live fearfully with nobody to trust caused unnecessary anxieties of what was going to happen next.. following this Wanton Infliction of Pain and Sufferings to include Threats and Intimidations by State Officials, without any help by superiors, who ignored these violations.

4D

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: Deliberate Indifference under the 8th Const. Amends and Retaliation under 1st Const. Amends.

2. **Claim 3**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Medical care     ☐ Mail

   ☐ Disciplinary proceedings     ☐ Exercise of religion     ☐ Property

   ☐ Access to the court     ☐ Excessive force by officer     ☑ Retaliation

   ☐ Threat to safety     ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: January 2024.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1. Plaintiff being found guilty of the aforementioned Notice of Charges explained in Claim-2, was sanctioned to Disciplinary Segregation, Attorney General Refferal and Institutional Transfere shown within filed grievances and Notice of Charges herein. (Exhibit-3)., while housed in unit 8A-38.

2. While serving out these sanctions and "180 days segregation" Warden Oliver had plaintiff moved out of the hole very early and placed into population unit 2A-13 on around January 2024. This following a correspondence with a Deputy Director to remove plaintiff away from officers who were a known threat to plaintiffs safety, out of Retaliation.

3. Where on January 22, 2024 plaintiff was called out to roll up property to High Desert State Prison, while in the dayroom area it was noticed officer Swidas was mishandeling plaintiffs property in a destructive manner. Plaintiff asked him respectfully to "please be careful with stuff", when officer Swidas became immediately aggressive.

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

5

4. Officer Swidas stating ... "your P.C. ass dont run shit you're eventually going to N.N.C.C. with the rest of the P.C. Snitches"... and better hope you make it to N.N.C.C." Officer Swidas then pushes plaintiff from behind causing him to stumble forward... this adding to injuries and pain that were still hurting and healing from the previous attacks.

5. At this place of time numerous officers had now hated plaintiff for filing grievances and triggering them to be investigated. Which was well known by Administration and the Warden Oliver and Hubbard-Pickett, yet was still taken out of segregation knowing there were safety risks, and retaliations were a real factor here.

6. These Wardens knew that plaintiff was now in a dangerous situation with officers but took him out of unit 8A-38 anyhow.. for what reason? to be possibly beaten again by officers, which almost happened if not for the intervention of another unknown officer who had stopped Swidas from continuing his assault, this too shown upon video surveilances available.

7. This issue was also grieved in Log# 2006.31.63442 which was also reported to the Inspector Generals Brian Shields, which was ultimately denied like all grievances within the N.D.O.C. This grievance attached herein (Exhibit-2) in support of of this claim of Deliberate Indifference to Threats to Safety by officers that were out to retaliate against plaintiff Deshone Orr.

5A

8.   Let it also be recognized that if plaintiff was actually attacked by inmates why would he have been placed back out into population?   All without any type of investigations of a possible threat by inmates who attacked plaintiff or any reviewing of video surveilances? to determine what had occured on November 28, 2023.. because the Administration knew exactly who did it.. their subordinate officers!

9.  These factual incidents and claims showing a clear systemic problem within the N.D.O.C. where numerous State Actors are not upholding their duties under law to conceal ongoing serious violations and criminal acts. Where even superior officers and Wardens turn a blind eye to such acts against inmates like plaintiff Orr.

10. This done to conceal and avoid any culpability or liability with criminal or civil actions against the State of Nevada.   Holding Warden Oliver and Assoc. Warden Hubbard-Pickett responsible under "Respondent Superior" as to being Deliberately Indifferent under the 8th Const. Amends. out of acts of Retaliations for pursuing litigations.

11. Not in accordance with Nevada Const. Art 1, 6.. N.RS. 209, A.R. 422 and A.R. 339.. these officials acting in their Individual and Official capacites are all responsible for damages to plaintiff Deshone Orr #1004457.

5B

## E.    PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?        ☐ Yes    ☑ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?        ☐ Yes    ☑ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"        ☐ Yes    ☑ No

## F.    REQUEST FOR RELIEF

I believe I am entitled to the following relief: Plaintiff seeks Declartory and General Damages of #100,000 against each defendant in Claim-1 for physical injuries, also Punitive Damages in the amount #300,000. against the same defendants. Plaintiff seeks up to #50,000 against defendants in Claim-2 and Claim-3 for Deliberate Indifferences and Retaliations. or to be determined by jury or fact-findings in a court of law favorable to plaintiffs demands or negotiations.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____ # 79138                    Deshone ORR
(name of person who prepared or helped            (signature of plaintiff)
prepare this complaint if not the plaintiff)

November 21, 2025
(date)

## ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6





Board of Commissioners
Joe Lombardo
*Governor*

Aaron Ford
*Attorney General*

Franciso V. Aguilar
*Secretary of State*

## STATE OF NEVADA
## DEPARTMENT OF CORRECTIONS
### MEDICAL RECORDS
### DEPARTMENT

James E. Dzurenda
*Director*

Kenneth L. Williams
*Medical Director*

---

**Requestor Name:** Law Firm of C. Benjamin Scroggins, Chtd

**Address:** 302 E Carson Ave, 10th Floor

Las Vegas, NV  89101

**Date:** 07/24/25

**Offender Name:** Orr, Deshone

**Offender ID#** 1004451

---

The following information is required to complete your request for medical records regarding the above named individual.  Please enter information below or attached requested information and return.

| | |
|---|---|
| ☐ | Date of Birth |
| ☐ | Social Security Number |
| ☐ | Offender Identification Number |
| ☐ | Alias |
| ☐ | Dates of Incarceration |
| ☐ | Name illegible, please print |
| ☐ | No record of this person in our files, please supply additional information |
| ☐ | Signature does not match signature on file |
| ☐ | Date on request is over six months old, please send current request |
| ☐ | No authorization enclosed, please send signed dated authorization |
| ☐ | Other: |
| ☐ | Please send requested information to the following address: |

HIC:

Attn:  Medical Records Dept.

Telephone:

Fax:

Email:

---

| X | Payment requested for records in the amount of: | **$72.00** |
|---|---|---|

120     Pages at     $0.60  Per Page

**Please send check or money order and a copy of this invoice to:**
NDOC-Accounting
P.O. Box 7011
Carson City, NV 89702          **FEDERAL TAX ID# 88-6000022**

Thank you,

Jennifer Link
Printed Name

Health Information Coordinator
Title

Reference Medical Directive # 707                    DOC 2693 (09/23)



# FAX COVER SHEET

To: +1 833-821-5254

Company:

Attention: RECORDS - AMR - Nevada, Las Vegas

Fax Number: +1 833-821-5254

From: Scroggins Law

Date: 4/9/2024 1:11 PM

Re: Records Request

---

Cover Message:

Please find the attached records request with a copy of the authorization. Should you have any questions and/or concerns, please do not hesitate to contact our office.

Thanks,

Kelly Jarvi
702-328-5550
kelly@cbscrogginslaw.com

---

eFax.com

# THE LAW FIRM OF C. BENJAMIN SCROGGINS, CHTD.



629 SOUTH CASINO CENTER BOULEVARD
LAS VEGAS, NEVADA 89101
TEL.: (702) 328-5550
FAX: (702) 442-8660

April 9, 2024

*Via Email & Facsimile Only:*
*medamrmedical@mrocorp.com/ 833-821-5254*

**American Medical Response**
6501 S Fiddlers Green Cir., Suite 100
Greenwood Village, CO 80111

> **Client Name:** Deshone Orr
> **Date of Birth:** 09/27/1988
> **Date of Service:** 11/01/2023 through 01/01/2024

Dear Custodian of Records:

This letter will advise that THE LAW FIRM OF C. BENJAMIN SCROGGINS, ESQ. represents <u>Deshone Orr</u> in a matter involving an incident that occurred at Southern Desert Correctional Center. I need copies of <u>any and all reports, patient intake forms, documents, memoranda, progress notes, correspondence, billing invoices, billing statements, writings, papers, etc.</u> contained in **any and all charts** regarding Deshone Orr, including, but not limited to, the following:

Patient information forms including, but not limited to, New Patient Checklists and Intake Sheets;
Correspondence, memoranda, phone logs and/or message slips;
All health care providers, nurses, assistants, or other staff notes;
Narrative reports and summaries;
Any and all documents received from other sources, persons, or entities;
Any and all documents relied upon by you in forming your opinions, recommendations, evaluations, etc.;
Psychiatric and psychological note and charts;
Reports regarding any diagnostic testing including, but not limited to, X-ray, MRI, CT Scans, etc.;
**All billing statements and Invoices;**
Both sides of the front and back of the patient file folder; and
A copy of the treating doctor's curriculum vitae.

Please copy and send your entire file or files on this individual, **without omitting any documents.** I have enclosed a medical release authorization, in accordance with HIPAA guidelines, in order to obtain all records without the necessity of taking your deposition. I have also enclosed an Affidavit of Custodian of Records indicating that the records produced are true copies of your complete file. **Please return the fully executed NOTARIZED Affidavit with the records.**



*April 9, 2024*
*Orr, Deshone*
*Records Request*

       Also, please advise as to whether the above referenced patient continues to treat at your facility or whether they have been discharged from your care. I would like to thank you for your cooperation, and I will gladly reimburse you for the reasonable cost of copying in the amount of .60 cents per page plus the cost of postage as required by the Nevada Revised Statutes, Sections 629.061 (1)(c) and 629.061 (2).

**Please note:**    I need the above-requested documents *as soon as it is conveniently possible*. Therefore, please contact C. Benjamin Scroggins, Esq. or Kelly Jarvi at (702) 328-5550, if you have any questions or if there are any problems regarding this request, i.e., additional information needed, cannot locate records, records stored off site, etc.

Kind Regards,

Kelly Jarvi
Legal Assistant to,
C. BENJAMIN SCROGGINS, ESQ.

# THE LAW FIRM OF C. BENJAMIN SCROGGINS, CHTD.

629 SOUTH CASINO CENTER BOULEVARD
LAS VEGAS, NEVADA 89101
TEL.: (702) 328-5550
FAX: (702) 442-8660
info@cbscrogginslaw.com

## AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION

NAME: DESHONE ORR
DOB: _____9-27-88_____
SSN: ____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____

1. I authorize the use or disclosure of the above-named individual's information for purposes of use in making a claim in relation to injuries suffered as the result of the incident as described below:

2. The following individual or organization is authorized to release records:

### American Medical Response (AMR)

Dates of Service: _____11/01/2023 through 01/01/2024_____

3. **Information to be released:**
Photocopies of all medical records, to include, but not be limited to, records, reports, handwritten notes, memorandum, correspondence, nurse's notes, physician's orders, operative reports, pain questionnaires, histories, in-take sheets, laboratory results, pharmacy records, claims records, raw data, member profiles, and all diagnostic reports and films, including x-rays, MRI films, CT scans, and discography films. Also, include any and all itemized billing statements for the dates of services listed concerning my physical condition, treatment, hospitalization, employments, schooling, and/or accident/incident reports.

4. This information may be disclosed to and used by the following individual or organization: The Law Firm of C. Benjamin Scroggins, Chtd. / Medicare/ HMS and/or its agents.

5. I am willing that a photocopy of this authorization be accepted in lieu of the original.

6. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse, as well as genetic testing information and other sensitive information.



*THE LAW FIRM OF*
*C. BENJAMIN SCROGGINS, ESQ.*
*HIPPA Authorization*

7.  I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the Law Firm of C. Benjamin Scroggins, Chtd. and Medicare/HMS.

8.  I understand that the revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will remain in effect until three years after signature.

9.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization. I understand that I may keep a copy of this authorization and I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and that the information may not be protected by federal confidentiality rules.

DATED: 2/26/2024

Deshone Orr

Deshone Orr


State of Nevada         )
                        )ss:
County of Clark         )

SUBSCRIBED and SWORN to before me this _____ day of _____, 2024.

_____
NOTARY PUBLIC in and for said County and State.

Kelly Jarvi
Notary Public-State of Nevada
Appointment No. 23-0590-01
My Appointment Expires April 24, 2027

## COMPLETE THE FOLLOWING AFFIDAVIT

## ONLY IF THIS FACILITY HAS NO RECORDS AND/OR NO FILMS

AMR is an ambulance
company and does not have
Radiology/Imaging capabilities.

## DECLARATION OF CUSTODIAN OF RECORDS

STATE OF <u>TENNESSEE</u> )
                 ) ss:
COUNTY OF <u>DAVIDSON</u> )


NOW COMES <u>Seira Matlock</u>, who after being first duly sworn, deposes and says:

1.     That Affiant is the Custodian of Records of <u>A.M.M</u>, and in such capacity is the custodian of the records of the office or institution.

2.     That on the <u>9TH</u> day of <u>APRIL</u>, 2024, the Affiant was served with a written request in connection with the above-entitled matter, calling for the production of records pertaining to **Deshone Orr.**

3.     That the deponent has examined the original of those records and has made a true and exact copy of them and that the reproduction of <u>25</u> (# of pages) attached hereto is true and complete.

4.     That the original of those records was made at or near the time of the acts, events, conditions, opinions or diagnosis recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the deponent or the office or institution in which the deponent is engaged.

<u>Seira Mattox</u>
CUSTODIAN OF RECORDS

SUBSCRIBED AND SWORN to before me this <u>23</u> day of <u>April</u>, 2024.

<u>Shavonda Y</u>
NOTARY PUBLIC In and For Said County and State

*[Notary seal: SHAVONDA YOUNG, STATE OF TENNESSEE, NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES JULY 06, 2026]*

**NOTE:** This document must be signed, notarized and provided with the true and complete copies of records. **NOTARY REQUIRED PURSUANT TO NRS 52.165.** If this document is not provided with a notarized signature, attendance at deposition and trial will be **MANDATORY.**

1

MediCopy
PO Box 2005
Deptford, NJ 08096
(866) 587-6274
www.medicopy.net



MediCopy

PHONE: 866-587-6274 | TAX ID 75-3134811

SCROGGINS LAW
629 SOUTH CASINO CENTER BLVD.
SUITE 5
LAS VEGAS. NV 89101

| | |
|---|---|
| Invoice #: | 1197774 |
| Invoice Date: | Apr 23, 2024 |
| Facility Code/Loc ID: | AMRT-22001 |
| State: | NV |
| Service Line: | ROI |
| Patient Name: | DESHONE ORR |
| Requested by: | KELLY JARVI |
| Balance Due: | $33.81 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| AMRT | HEALTH INFORMATION REQUESTED FROM: AMERICAN MEDICAL RESPONSE | $0.00 | 1 | $0.00 |
| NVMR1 | Pages @ $0.60/pg | $0.60 | 26 | $15.60 |
| NVAFF | Affidavit/Notary Fee | $5.00 | 1 | $5.00 |
| UPS | Medical Records Mailed via UPS | $13.21 | 1 | $13.21 |
| 10 | If you wish to make a credit card payment over the phone, there will be a $10 convenience fee. | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Total: | $33.81 |
| Balance Due: | $33.81 |

Notes:
PG COUNT 26

Terms:

***DUE ON RECEIPT***
NOTICE: MediCopy's mailing address has recently changed! If paying by check, please remit payment to:
MediCopy
PO Box 2005
Deptford, NJ 08096

PHONE: 866-587-6274 TAX ID 75-3134811

Terms and Conditions per contract

**PLEASE PAY ONLINE**



Visit the URL located on your payment stub for free online processing.

---

# Payment Stub

MediCopy
PO Box 2005
Deptford, NJ 08096
(866) 587-6274
www.medicopy.net

To Pay Your Invoice Online Go To:
https://invoiced.com/invoices/b2ky9jk6v1f9sghgqsqgd3q7:KJ9jEbm7HBe3qpJ7V
DMXTgTsxICD7WImiKoFWmEFPqjQEWPN

| | |
|---|---|
| Client: | SCROGGINS LAW |
| Invoice #: | 1197774 |
| Invoice Date: | Apr 23, 2024 |
| Balance Due: | $33.81 |
| Amount Enclosed: | |

   

UNDELIVERABLE MAIL ONLY
3867 W. Market St.  PMB 155
Akron, OH  44333-4525

**INVOICE**

| TRIP # | 301-23202468-00 | ACCT # | |
|---|---|---|---|
| PATIENT NAME | DESHONE ORR | | |
| DATE OF SERVICE | 11/28/2023 | | |
| AMOUNT DUE | $524.48 | DUE DATE | 05/02/2024 |

REMIT PAYMENT TO:

DESHONE ORR
UNKNOWN
INDIAN SPRINGS, NV 89018

AMERICAN MEDICAL RESPONSE
PO BOX 56141
LOS ANGELES, CA 90074-6141

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| PATIENT NAME | ACCOUNT # | TRIP # | INVOICE DATE |
|---|---|---|---|
| DESHONE ORR | 002624444-0000 | 301-23202468-00 | 04/17/2024 |

| SERVICE DATE | SERVICE FROM | SERVICE TO |
|---|---|---|
| 11/28/2023 | SOUTHERN DESERT CORRECTIONAL | MOUNTAIN VIEW HOSPITAL |

IMPORTANT MESSAGES

| CODE | DESCRIPTION | UNITS | UNIT CHARGE | | TOTAL CHARGE |
|---|---|---|---|---|---|
| A0427 | ALS1 EMERG | 1 | $1,237.01 | | $1,237.01 |
| A0425 | ALS MILEAGE | 27 | $34.99 | | $944.73 |
| | *** PAYMENTS *** | | | $1,657.26- | |

CALL RCVD: 18:23

**TOTAL CHARGES DUE**       $524.48

FED TAX ID: 880125707

Send billing inquiries to:  AMERICAN MEDICAL RESPONSE, 50 S. Main St., Suite 401, Akron, OH  44308
or call: 1-800-913-9106            Keep this portion for your records

Agency Number: 14650

**AMR**
AMERICAN MEDICAL RESPONSE
NV-LAS VEGAS-Ground

Date of Service: 2023-11-28 18:33

Incident Number: 230202468

Case Number: 230202468

Unit Number: 563

Patient Name: ORR, DESHONE,

Unit Call Sign: A174

## DISPATCH

| | | | | | |
|---|---|---|---|---|---|
| **Nature of Call:** | Assault | **EMD Performed:** | | **EMD Card Number:** | ATX |
| **Dispatch Center Name/ID:** | | **Dispatch Priority:** | | | |

**CAD Record ID:** 230202468230202468563

## RESPONSE

| | | | |
|---|---|---|---|
| **Service Requested:** | Emergency Response (Primary Response Area) | **Other Agencies on Scene:** | **Vehicle Dispatch Location:** |
| | | **On Scene First:** Yes | **Vehicle GPS Location:** |
| **Response to Scene:** | Non-Emergent Upgraded to Emergent | | |
| **Response Mode Descriptors:** | No Lights or Sirens | | |
| **Unit Capability:** | Ground Transport (ALS Equipped) | | |

## FROM

20825 Coldcreek Rd

Clark County, NV, 89124

County: Clark

Prison as the place of occurrence of the external cause

36.522439,-115.549879

## TO

Mountain View Hospital

3100 North Tenaya Way

Las Vegas, NV, 89128

## DISPOSITION

| | |
|---|---|
| **Patient Contact:** | Patient Contact Made |
| **# of Pts on Scene:** | Single |
| **MCI:** | Not Recorded |
| **Triage Classification:** | Not Recorded |
| **Patient Evaluation:** | Patient Evaluated and Care Provided |
| **Crew Disposition:** | Initiated and Continued Primary Care |
| **Transport Disposition:** | Transport by This EMS Unit (This Crew Only) |

## TIMES/MILES

| | |
|---|---|
| **Time Call Received:** | 2023-11-28 18:23 |
| **Time Dispatched:** | 2023-11-28 18:33 |
| **Enroute:** | 2023-11-28 18:33 |
| **On Scene:** | 2023-11-28 19:19 |
| **At Patient Side:** | 2023-11-28 19:20 |
| **Depart Scene:** | 2023-11-28 19:32 |
| **At Destination:** | 2023-11-28 20:07 |
| **Back In Service:** | |

| Hospital-Emergency Department | | # Pts Transported | 1 | | | 2023-11-28 20:47 |
|---|---|---|---|---|---|---|
| Clark | | Transport Method: | Ground-Ambulance | Scene Miles: | 0.0 | |
| US | | Transport Mode: | Non-Emergent | Destination Miles: | 27.0 | |
| Hospital (General) | | Transported: | No Lights or Sirens | Total Loaded Miles: | 27.0 | |
| Destination Decision: | Closest Facility | | | | | |
| Hosp to Hosp Reason: | Not Recorded | | | | | |
| Reason for IFT: | | ALS Assessment: | Yes | | | |

## PATIENT DEMOGRAPHICS

**Patient Name:** ORR, DESHONE,

**Address:** 20825 Coldcreek Rd, Clark County, NV, 89124 Clark

**SSN:** 604206389

**Email:**

**Cell Phone:**

**Home Phone:**

**Work Phone:**

**Guardian/Guarantor:** , ,

**Address:**

, ,

**Relationship to Patient:**

**Phone Number:**

**Date of Birth:** 1988-09-27

**Age:** 35 Years

**Gender:** Male

**Driver's License Number:**

**State Issuing Driver's License:**

**Patient's Employer:**

**Employer Phone Number:**

**Transport Authorization #:**

## PROVIDER IMPRESSION

**Primary Impression:** Other chest pain

**Initial Acuity:** Lower Acuity (Green)

**Secondary Impression:** Unspecified injury of head

## HISTORY OF PRESENT ILLNESS

| Patient's Chief Complaint: | RIB PAIN, WRIST PAIN, HEAD PAIN | Mechanism of Injury: | Blunt | Last Known Well: | Not Recorded |
|---|---|---|---|---|---|
| CC Organ System: | Musculoskeletal/Skin | Cause of Injury: | Blunt | Last Oral Intake: | |
| CC Anatomic Location: | Chest | Vehicle Impaction: | | Alcohol/Drug Indicators: | None Reported |
| | 2023-11-28 18:30 | | | | |

| Symptom Onset: | | Patient Location in Vehicle: | | | | |
|---|---|---|---|---|---|---|
| Primary Symptom: | Chest pain on breathing | Use of Safety Equipment: | | | Trauma Triage: | Not Recorded, Not Recorded |
| Other Symptoms: | Not Recorded | Airbag Deployment: | | | | |
| Activity at Onset: | | Height of Fall: | | | Work Related: | |
| | | | | | Barriers to Patient Care: | None Noted |

## MEDICAL HISTORY

| Pt's Medical History: | Unresponsive | | Medical Hx Obtained: | Health Care Personnel, Patient |
|---|---|---|---|---|
| Medication Allergies: | No Known Drug Allergy | | Other Allergies: | |
| Current Medications: | None Reported | | Pregnancy: | |
| Advanced Directives: | | | | |

## PHYSICAL EXAM

| Weight in kg: | 79.4 | | Pediatric Tape Measure: | |
|---|---|---|---|---|
| Time of Exam: | 2023-11-28 19:22 | | | |
| Mental Status: | Normal Baseline for Patient | | Neuro Exam: | Normal Baseline for Patient |
| | | | CVA Symptoms Resolved: | |

| Skin: | Normal | | | |
|---|---|---|---|---|
| Head: | Pain | | | |
| Face: | Abrasion | | | |
| Eyes: | Reactive | Eye Location: | Right | |
| Eyes: | Reactive | Eye Location: | Left | |
| Eyes: | Reactive | Eye Location: | Bilateral | |
| Neck: | Normal | | | |
| Chest: | Pain | Chest Location: | Right - Side | Heart Sounds: |
| Chest: | Pain with Inspiration/Expiration | Chest Location: | Right - Side | Heart Sounds: |
| Chest: | Contusion | Chest Location: | Right - Side | Heart Sounds: |
| Lungs: | Normal | Lung Location: | Bilateral | |
| Lungs: | Normal | Lung Location: | Right | |

| Lungs: | Normal | Lung Location: | Left | |
|---|---|---|---|---|
| Abdomen: | Normal | Abdomen Location: | Generalized | |
| Pelvis/Genitourinary: | Normal | | | |
| Back: | Normal | | | |
| Extremity: | Normal | Extremity Location: | Ankle-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Ankle-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Arm-Upper-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Arm-Upper-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Elbow-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Elbow-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Finger-2nd (Index)-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Finger-2nd (Index)-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Finger-3rd (Middle)-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Finger-3rd (Middle)-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Finger-4th (Ring)-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Finger-4th (Ring)-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Finger-5th (Smallest)-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Finger-5th (Smallest)-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Foot-Dorsal-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Foot-Dorsal-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Foot-Plantar-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Foot-Plantar-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Arm-Lower-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Arm-Lower-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Hand-Dorsal-Left | Sitting Assessment: |

| Extremity: | Normal | Extremity Location: | Hand-Dorsal-Right | Sitting Assessment: |
|---|---|---|---|---|
| Extremity: | Normal | Extremity Location: | Hand-Palm-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Hand-Palm-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Hip-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Hip-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Knee-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Knee-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Leg-Lower-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Leg-Lower-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Leg-Upper-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Leg-Upper-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Shoulder-Left | Sitting Assessment: |
| Extremity: | Abrasion | Extremity Location: | Shoulder-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Thumb-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Thumb-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-1st (Big)-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-1st (Big)-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-2nd-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-2nd-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-3rd-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-3rd-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-4th-Left | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-4th-Right | Sitting Assessment: |
| Extremity: | Normal | Extremity Location: | Toe-5th (Smallest)-Left | Sitting Assessment: |

| Extremity: | Normal | Extremity Location: | Toe-5th (Smallest)-Right | Sitting Assessment: | |
|---|---|---|---|---|---|
| Extremity: | Pain | Extremity Location: | Wrist-Left | Sitting Assessment: | |
| Extremity: | Pain | Extremity Location: | Wrist-Right | Sitting Assessment: | |
| Extremity: | Normal | Extremity Location: | Arm-Whole Arm and Hand-Left | Sitting Assessment: | |
| Extremity: | Normal | Extremity Location: | Arm-Whole Arm and Hand-Right | Sitting Assessment: | |
| Extremity: | Normal | Extremity Location: | Hand-Whole Hand-Left | Sitting Assessment: | |
| Extremity: | Normal | Extremity Location: | Hand-Whole Hand-Right | Sitting Assessment: | |
| Extremity: | Normal | Extremity Location: | Leg-Whole Leg-Left | Sitting Assessment: | |
| Extremity: | Normal | Extremity Location: | Leg-Whole Leg-Right | Sitting Assessment: | |
| Extremity: | Normal | Extremity Location: | Foot-Whole Foot-Left | Sitting Assessment: | |
| Extremity: | Normal | Extremity Location: | Foot-Whole Foot-Right | Sitting Assessment: | |
| Extremity: | Normal | | | | |

## NARRATIVE

A174 DISPATCHED TO 35 Y/O M FOR CHEST TRAUMA. NURSE AT PRISON STATES PT WAS ASSAULTED AND NEEDS TO BE TRANSFERRED FOR RIB X-RAY. NURSE STATES HE ALREADY CALLED AHEAD TO H11 AND THE PT HAS BEEN ACCEPTED TO THE ER. PT STATES HE WAS JUMPED BY 7-8 OTHER INMATES. PT STATES HE WAS REPEATEDLY PUNCHED AND KICKED IN HIS RIGHT RIBS, FACE, HEAD, AND CHEST OVER A PERIOD OF APPX 5 MINS. PT COMPLAINS OF 8/10 RIB PAIN WHICH WORSENS UPON PALPATION AND INHALATION, PAIN IN BOTH WRISTS, PAIN UNDER THE EYES AND ON THE NOSE, AS WELL AS PAIN IN THE BACK OF HIS HEAD WHERE THERE IS HAIR MISSING. PT ENDORSES LOSS OF CONSCIOUSNESS, BUT IS ON BLOOD THINNERS. PT DENIES ANY MED HX, MEDS, OR ALLERGIES. PT FOUND SITTING IN MEDICAL BED AT PRISON SKIN: PINK,WARM,DRY HEENT: PATENT AIRWAY,PUPILS PERRL,CONTUSIONS ON FOREHEAD, CHIN, AND UNDER RIGHT EYE LUNGS: BREATH SOUNDS CLEAR AND EQUAL BILAT, CHEST WALL APPEARS STABLE ABD: SOFT NON-TENDER EXT: CMSx4, PAIN AND SWELLING IN BOTH WRISTS, NO OBVIOUS DEFORMITIES PT STAND AND PIVOT TO SIT ON GURNEY. PT RESTRAINED TO GURNEY BY ACCOMPANYING OFFICER. SEATBELTS,ABCS,VITALS,ASSESS. LOAD INTO AMBULANCE. PT PLACED ON CARDIAC MONITOR. 20G IV ESTABLISHED LAC. BGL OBTAINED. OFFICER RIDES WITH CREW AND PT TO HOSP. MONITOR AND REASSESS DURING TRANSPORT. TRANSFER OF CARE TO RECEIVING NURSE.

| Protocol: | Not Recorded | Level of Care Provided per Protocol: | ALS - Paramedic |
|---|---|---|---|
| PreArrival Alert: | No | PreArrival Alert Time/Date: | Not Recorded |

VITAL SIGNS

| Time | Crew Name | BP | Pulse | Resp | E | V | M | Tot | EKG | SPO2 | ETCO2 | BGL | Pain Scale |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-11-28 19:20 | Sara Andreas | Not Recorded/ | NR | NR | NR | NR | NR | | NR NR | NR | NR | NR | NR |
| 2023-11-28 19:26 | Sara Andreas | Not Recorded/ | 86 | 18 | 4 | 5 | 6 | 15 | 4 Lead Sinus Rhythm | 98 | NR | NR | NR |

| Date/Time | Name | BP | Pulse | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-11-28 19:30 | Adina Walling | Not Recorded/ | NR | NR | NR | NR | NR | NR NR | NR | NR | 97 | NR |
| 2023-11-28 19:32 | Sara Andreas | 145/75 | 88 | NR | NR | NR | NR | NR NR | 98 | NR | NR | NR |
| 2023-11-28 19:37 | Sara Andreas | Not Recorded/ | 99 | NR | NR | NR | NR | NR NR | 97 | NR | NR | NR |
| 2023-11-28 19:42 | Sara Andreas | Not Recorded/ | 84 | NR | NR | NR | NR | NR NR | 97 | NR | NR | NR |
| 2023-11-28 19:48 | Sara Andreas | 126/90 | 85 | NR | NR | NR | NR | NR NR | 97 | NR | NR | NR |
| 2023-11-28 19:53 | Sara Andreas | Not Recorded/ | 84 | NR | NR | NR | NR | NR NR | 96 | NR | NR | NR |
| 2023-11-28 19:58 | Sara Andreas | Not Recorded/ | 80 | NR | NR | NR | NR | NR NR | 97 | NR | NR | NR |
| 2023-11-28 20:03 | Sara Andreas | 123/77 | 82 | NR | NR | NR | NR | NR NR | 97 | NR | NR | NR |

## PROCEDURES

| PTA | Time | Performed By | Role | Procedure | Successful | # of Attempts |
|---|---|---|---|---|---|---|
| No | 2023-11-28 19:21 | Sara Andreas | Paramedic | ALS Assessment | Yes | 1 |

| Pt. Response | Vascular Access Location | Size | IV Flushed Easily | Laryngoscope Blade Size | Complications | Authorization | Authorizing Physician |
|---|---|---|---|---|---|---|---|
| Unchanged | | | | | None | Protocol (Standing Order) | |

| PTA | Time | Performed By | Role | Procedure | Successful | # of Attempts |
|---|---|---|---|---|---|---|
| No | 2023-11-28 19:28 | Adina Walling | Advanced Emergency Medical Technician (AEMT) | IV - Peripheral | Yes | 1 |

| Pt. Response | Vascular Access Location | Size | IV Flushed Easily | Laryngoscope Blade Size | Complications | Authorization | Authorizing Physician |
|---|---|---|---|---|---|---|---|
| Unchanged | Antecubital -Left | 20 | | | None | | |

| PTA | Time | Performed By | Role | Procedure | Successful | # of Attempts |
|---|---|---|---|---|---|---|
| No | 2023-11-28 19:30 | Adina Walling | Advanced Emergency Medical Technician (AEMT) | BGL | Yes | 1 |

| Pt. Response | Vascular Access Location | Size | IV Flushed Easily | Laryngoscope Blade Size | Complications | Authorization | Authorizing Physician |
|---|---|---|---|---|---|---|---|
| Unchanged | | | | | None | | |

Protocol
(Standing
Order)

**Patient Name:**
ORR,
DESHONE,

**Patient Care Report Number:**   1e986c50c214438c84962d89d970878a

## MEDICAL DEVICE

| Medical Device Crew Member ID | Medical Device Administerd Prior to EMS Care | Time | Event Type | Serial Number | EKG Lead | |
|---|---|---|---|---|---|---|
| Sara Andreas / 110940 | | 2023-11-28 19:30 | ECG-Monitor | 44263251 | II | |
| EKG Interpretation | Medical Device EKG Interpretation | EKG Comments | Type of Shock | Total Number of Shocks | Energy | Pacing Rate |
| NSR - Normal Sinus Rhythm | | | | | | |

## MEDICATION ADMINISTRATION

| PTA | Time | Performed By | Role | Authorization | Authorizing Physician |
|---|---|---|---|---|---|
| Not Recorded | Not Recorded | | Not Recorded | | |
| Medication | Route | Dose | Units | Complications | Pt Response |
| Not Recorded | Not Recorded | Not Recorded | Not Recorded | Not Recorded | Not Recorded |
| Concentration Value | Concentration Units | Concentration Volume | Drip Rate | Drip Rate Units | |

## TRANSFER OF CARE

**Case Number:** 230202468

**Date of Service:** 2023-11-28 18:33

**Patient Name:** ORR, DESHONE,

**Patient Belongings:**

**Patient Belongings Other:**

**Final Patient Acuity:** Lower Acuity (Green)

**Patient Belongings Left With:**

**Representative Signature:**

## RUN COMPLETION

**Crew Member:**

Name: Adina Walling

ID: 106504

Level: Advanced Emergency Medical Technician (AEMT)

Role: Driver/Pilot-Transport, Other Patient Caregiver-At Scene, Driver/Pilot -Response

**Crew Member:**

Name: Sara Andreas

ID: 110940

Level: Paramedic

Role: Primary Patient Caregiver-At Scene, Primary Patient Caregiver-Transport

SUPPLIES

**Supply:**                    **Quantity:**

DELAYS

| | |
|---|---|
| **Dispatch Delay:** | None/No Delay |
| **Response Delay:** | None/No Delay |
| **Scene Delay:** | None/No Delay |
| **Transport Delay:** | None/No Delay |
| **Turn Around Delay:** | None/No Delay |

DEVICE

**Software Creator:** ImageTrend, Inc.

**Software Name:** Elite

**Software Version:**

**Patient Name:**
ORR,
DESHONE,

**Patient Care Report Number:**   1e986c50c214438c84962d89d970878a

ATTACHMENTS

EMS Agency  NV-LAS VEGAS-        Patient Name  ORR, DESHONE        Incident #  230202468        EMS Response #  230202468
            Ground

    EMS Unit  563                 EMS Call Sign  A174



                                                        EMS Patient Care Report (3.5)

## Dispatch

Nature of Call: Assault                                              EMD Performed: Yes, Without Pre-
                                                                                    Arrival
                                                                                    Instructions

                                                                    EMD Card Number: ATX

## Response

Type of Service Requested: Emergency                    Response Mode to Scene: Non-Emergent
                           Response                                               Upgraded to
                           (Primary                                               Emergent
                           Response Area)

EMS Vehicle (Unit) Number: 563                  Additional Response Mode Descriptors: No Lights or
                                                                                      Sirens

EMS Unit Call Sign: A174

Unit Transport and Equipment Capability: Ground Transport
                                         (ALS Equipped)

First EMS Unit on Scene: Yes

                                        Other Agencies On Scene

## Disposition

***************INCIDENT***************                              Number of Patients: Single

                                                                 # of Patients Transported: 1

Incident Address: 20825 Coldcreek Rd                               Unit Disposition: Patient Contact
                  Clark County,NV 89124                                              Made
                  CLARK County
                  36.522439,-115.549879

Incident Type: Prison/jail                                    Patient Evaluation/Care: Patient Evaluated
                                                                                       and Care
                                                                                       Provided

                                                                  Crew Disposition: Initiated and
                                                                                    Continued
                                                                                    Primary Care

*************DESTINATION**************                         Transport Disposition: Transport by This
                                                                                     EMS Unit (This
                                                                                     Crew Only)

Destination Name: Mountain View Hospital

Destination Address: 3100 North Tenaya Way                     EMS Transport Method: Ground-
                     Las Vegas, NV 89128                                             Ambulance
                     Clark CountyUnited States

Destination Type: Hospital-Emergency Department                   Transport Mode: Non-Emergent

Hospital Capability: Hospital (General)                    Transport Mode Descriptors: No Lights or
                                                                                       Sirens

Destination reason: Closest/Appropriate Facility

                                                          Patient Moved to Ambulance: Assisted/Walk
                                                     How Patient Was Moved From Ambulance:

Unit Notified by  11/28/2023        Patient Name  ORR, DESHONE    Incident Number  230202468      EMS Response  230202468
Dispatch  18:33:07                                                                               Number

                                                                                                Page 1 of 15

| | | | |
|---|---|---|---|
| EMS Agency: NV-LAS VEGAS-Ground | Patient Name: ORR, DESHONE | Incident #: 230202468 | EMS Response #: 230202468 |
| EMS Unit: S63 | EMS Call Sign: A174 | | |

Position of Patient During Transport: Fowlers (Semi-Upright Sitting)

ALS Assessment Performed and Warranted: Yes

PSAP Call: 11/28/2023 18:23:09

Dispatch Notified: 11/28/2023 18:23:09 — Scene Miles: 0

Unit Notified by Dispatch: 11/28/2023 18:33:07 — Destination Miles: 27

Unit En Route: 11/28/2023 18:33:11 — Total Loaded Miles: 27.0

Unit Arrived on Scene: 11/28/2023 19:19:29

Arrived at Patient: 11/28/2023 19:20:00

Unit Left Scene: 11/28/2023 19:32:21

Patient Arrived at Destination: 11/28/2023 20:07:26

Destination Patient Transfer of Care: 11/28/2023 20:20:00

Unit Back in Service: 11/28/2023 20:47:00

## Patient Demographics

Name: ORR,DESHONE — Age: 35 Years — Date of Birth: 09/27/1988

Address: 20825 Coldcreek Rd
Clark County, NV 89124
CLARK County — Gender: Male — Race: White; Black or African American

CMS Service Level: ALS

Social Security Number: 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

### Patient Phone Numbers

Primary Method of Payment: Insurance

### Billing Insurances

## Provider Impression

Primary Impression: Chest Pain - Non-cardiac — Initial Patient Acuity: Lower Acuity (Green)

Secondary Impressions: Injury of head

| Unit Notified by Dispatch: 11/28/2023 18:33:07 | Patient Name: ORR, DESHONE | Incident Number: 230202468 | EMS Response Number: 230202468 |
|---|---|---|---|

Page 2 of 15

| EMS Agency: | NV-LAS VEGAS-Ground | Patient Name: | ORR, DESHONE | Incident #: 230202468 | EMS Response #: 230202468 |
| EMS Unit | S63 | EMS Call Sign: | A174 | | |

### History of Present Illness

#### Patient Complaints

| Complaint Type | Complaint | Duration of Complaint | Time Units of Duration of Complaint |
|---|---|---|---|
| Chief (Primary) | RIB PAIN, WRIST PAIN, HEAD PAIN | 1 | Hours |

| | | | |
|---|---|---|---|
| Chief Complaint Organ System: | Musculoskeletal/Skin | Date/Time of Symptom Onset: | 11/28/2023 18:30:00 |
| Chief Complaint Anatomic Location: | Chest | Primary Symptom: | Pain, Chest on breathing |
| Possible Injury: | Yes | | |
| Cause of Injury: | Assault, unspecified (e.g. attempted homicide) | Mechanism of Injury: | Blunt |
| Alcohol/Drug Use Indicators: | None Reported | | |

### Medical History

| | | | |
|---|---|---|---|
| Medical/Surgical History: | Unresponsive | Medical History Obtained From: | Patient; Health Care Personnel |

#### Medication Allergies

**Medication Allergies**

No Known Drug Allergy

#### Current Medications

**Current Medications**

None Reported

### Physical Exam

Estimated Body Weight in Kilograms: 79.4

#### Exams

| Date/Time of Assessment | Crew Member |
|---|---|
| 19:22:00 | Andreas, Sara (110940) |

### Assessment Summary

11/28/2023 19:22:00

**Detailed Findings**

| Location | Description | Details |
|---|---|---|
| Head | Pain | |
| Face | Abrasion Contusion Pain | X |
| Eye Bilateral: Left: Right: | Reactive Reactive Reactive | |

| Unit Notified by Dispatch: | 11/28/2023 18:33:07 | Patient Name: | ORR, DESHONE | Incident Number: 230202468 | EMS Response Number: | 230202468 |

| EMS Agency: NV-LAS VEGAS-Ground | Patient Name: ORR, DESHONE | Incident #: 230202468 | EMS Response #: 230202468 |
| EMS Unit: 563 | EMS Call Sign: A174 | | |

| | |
|---|---|
| Shoulder Shoulder-Right | Abrasion |
| Abdomen | |
| Hip | |
| Whole Leg | |
| Upper Leg | |
| Knee | |
| Lower Leg | |
| Ankle | |
| Foot | |
| Whole Arm | |
| Upper Arm | |
| Elbow | |
| Forearm | |
| Wrist Wrist-Left: Wrist-Right: | Pain Pain |
| Hand | |
| Back/Spine | |
| Lung | |
| Chest Right - Side: | Pain with Inspiration/Expiration |

Unit Notified by 11/28/2023  Patient Name: ORR, DESHONE  Incident Number: 230202468  EMS Response 230202468
Dispatch: 18:33:07  Number

| | | | |
|---|---|---|---|
| EMS Agency: NV-LAS VEGAS-Ground | Patient Name: ORR, DESHONE | Incident #. 230202468 | EMS Response # 230202468 |
| EMS Unit: 563 | EMS Call Sign: A174 | | |

Pain
Contusion

## Normal Findings

Skin ; Mental Status ; Neurological ; Eye ( ) ; Neck ; Shoulder ( Shoulder-Left ) ; Heart ;
Abdomen ( Generalized, Left Lower Quadrant, Left Upper Quadrant, Periumbilical/Umbilical, Right Lower Quadrant, Right Upper Quadrant, Epigastric ) ;
Pelvis ; Hip ( Hip-Left, Hip-Right ) ; Whole Leg ( Leg-Whole Leg-Left, Leg-Whole Leg-Right ) ;
Upper Leg ( Leg-Upper-Left, Leg-Upper-Right ) ; Knee ( Knee-Left, Knee-Right ) ;
Lower Leg ( Leg-Lower-Left, Leg-Lower-Right ) ; Ankle ( Ankle-Left, Ankle-Right ) ;
Foot ( Foot-Dorsal-Left, Foot-Dorsal-Right, Foot-Plantar-Left, Foot-Plantar-Right, Toe-1st (Big)-Left, Toe-1st (Big)-Right, Toe-2nd-Left, Toe-2nd-Right, Toe-3rd-Left, Toe-3rd-Right, Toe-4th-Left, Toe-4th-Right, Toe-5th (Smallest)-Left, Toe-5th (Smallest)-Right, Foot-Whole Foot-Left, Foot-Whole Foot-Right ) ;
Whole Arm ( Arm-Whole Arm and Hand-Left, Arm-Whole Arm and Hand-Right ) ;
Upper Arm ( Arm-Upper-Left, Arm-Upper-Right ) ; Elbow ( Elbow-Left, Elbow-Right ) ; Forearm ( Forearm-Left, Forearm-Right ) ;
Hand ( Finger-2nd (Index)-Left, Finger-2nd (Index)-Right, Finger-3rd (Middle)-Left, Finger-3rd (Middle)-Right, Finger-4th (Ring)-Left, Finger-4th (Ring)-Right, Finger-5th (Smallest)-Left, Finger-5th (Smallest)-Right, Hand-Dorsal-Left, Hand-Dorsal-Right, Hand-Palm-Left, Hand-Palm-Right, Thumb-Left, Thumb-Right, Hand-Whole Hand-Left, Hand-Whole Hand-Right ) ;
Back/Spine ( Back-General, Cervical-Left, Cervical-Midline, Cervical-Right, Lumbar-Left, Lumbar-Midline, Lumbar-Right, Sacral-Left, Sacral-Midline, Sacral-Right, Thoracic-Left, Thoracic-Midline, Thoracic-Right ) ;
Lung ( Left, Right, Bilateral ) ;

## Not Done

## Narrative

Patient Care Report Narrative: A174 DISPATCHED TO 35 Y/O M FOR CHEST TRAUMA. NURSE AT PRISON STATES PT WAS ASSAULTED AND NEEDS TO BE TRANSFERRED FOR RIB X-RAY. NURSE STATES HE ALREADY CALLED AHEAD TO H11 AND THE PT HAS BEEN ACCEPTED TO THE ER. PT STATES HE WAS JUMPED BY 7-8 OTHER INMATES. PT STATES HE WAS REPEATEDLY PUNCHED AND KICKED IN HIS RIGHT RIBS, FACE, HEAD, AND CHEST OVER A PERIOD OF APPX 5 MINS. PT COMPLAINS OF 8/10 RIB PAIN WHICH WORSENS UPON PALPATION AND INHALATION. PAIN IN BOTH WRISTS, PAIN UNDER THE EYES AND ON THE NOSE, AS WELL AS PAIN IN THE BACK OF HIS HEAD WHERE THERE IS HAIR MISSING. PT ENDORSES LOSS OF CONSCIOUSNESS, BUT IS ON BLOOD-THINNERS. PT DENIES ANY MED HX, MEDS, OR ALLERGIES.

PT FOUND SITTING IN MEDICAL BED AT PRISON
SKIN: PINK, WARM, DRY
HEENT: PATENT AIRWAY, PUPILS PERRL, CONTUSIONS ON FOREHEAD, CHIN, AND UNDER RIGHT EYE
LUNGS: BREATH SOUNDS CLEAR AND EQUAL BILAT, CHEST WALL APPEARS STABLE
ABD: SOFT NON-TENDER
EXT: CMSx4, PAIN AND SWELLING IN BOTH WRISTS, NO OBVIOUS DEFORMITIES

PT STAND AND PIVOT TO SIT ON GURNEY. PT RESTRAINED TO GURNEY BY ACCOMPANYING OFFICER. SEATBELTS, ABCS, VITALS, ASSESS. LOAD INTO AMBULANCE. PT PLACED ON CARDIAC MONITOR. 20G IV ESTABLISHED LAC. BGL OBTAINED. OFFICER RIDES WITH CREW AND PT TO HOSP. MONITOR AND REASSESS DURING TRANSPORT. TRANSFER OF CARE TO RECEIVING NURSE.

### Hospital Team Activations

Destination Team Pre-Arrival Alert or Activation

No

| | |
|---|---|
| Level of Care Provided per Protocol: ALS - Paramedic | Crew Member Completing this Report: Andreas, Sara (110940) |

## Cardiac Arrest

| | | | |
|---|---|---|---|
| Unit Notified by Dispatch: 11/28/2023 18:33:07 | Patient Name: ORR, DESHONE | Incident Number: 230202468 | EMS Response Number 230202468 |

EMS Agency: NV-LAS VEGAS Ground    Patient Name: ORR, DESHONE    Incident #: 230202468    EMS Response #: 230202468

EMS Unit: 563    EMS Call Sign: A174

Cardiac Arrest: No

## Vital Signs

### Vitals

| Date/Time Vital Signs Taken | Obtained Prior to this Units EMS Care | BP | Mean Arterial Pressure | Method of Blood Pressure Measurement | Heart Rate | Respiratory Rate | Respiratory Effort | Pulse Oximetry | Cardiac Rhythm / Electrocardiography (ECG) | ECG Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 19:26:21 | No | / | | | 86 | 18 | Normal | 98 | Normal Sinus Rhythm | 4 Lead |
| 19:32:52 | No | 145/75 | 98 | Cuff-Automated | 88 | | | 98 | | |
| 19:37:52 | No | / | | | 99 | | | 97 | | |
| 19:42:52 | No | / | | | 84 | | | 97 | | |
| 19:48:00 | No | 126/90 | 102 | Cuff-Automated | 85 | | | 97 | | |
| 19:53:00 | No | / | | | 84 | | | 96 | | |
| 19:58:00 | No | / | | | 80 | | | 97 | | |
| 20:03:05 | No | 123/77 | 92 | Cuff-Automated | 82 | | | 97 | | |

### Glasgow Coma Score

| Date/Time Vital Signs Taken | Obtained Prior to this Units EMS Care | Total Glasgow Coma Score | Glasgow Coma Score-Eye | Glasgow Coma Score-Verbal | Glasgow Coma Score-Motor | Glasgow Coma Score-Qualifier |
|---|---|---|---|---|---|---|
| 19:26:21 | No | 15 | 4 - Opens Eyes spontaneously | 5 - Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts | 6 - Obeys commands (>2Years); Appropriate response to stimulation | GCS has legitimate values without interventions |

### Vitals

| Date/Time Vital Signs Taken | Obtained Prior to this Units EMS Care | Level of Responsiveness (AVPU) | Blood Glucose Level | Reperfusion Checklist | Revised Trauma Score | APGAR | Arterial Line Systolic | Arterial Line Diastolic | Arterial Line Mean Arterial Pressure |
|---|---|---|---|---|---|---|---|---|---|
| 19:20:10 | No | Alert | | | | | | | |
| 19:30:00 | No | | 97 | | | | | | |

## Procedures

### Procedures

| Date/Time Procedure Performed | Procedure Performed Prior to this Units EMS Care | Crew Member | Role/Type of Person Performing the Procedure | Procedure Authorization | Procedure | Vascular Access Location | Size of Procedure Equipment | Number of Procedure Attempts | Procedure Successful | Response to Procedure | Procedure Complication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19:21:00 | No | Andreas, Sara (110940) | Paramedic | Protocol (Standing Order) | ALS Assessment | | | 1 | Yes | Unchanged | None |

Unit Notified by Dispatch: 11/28/2023 18:33:07    Patient Name: ORR, DESHONE    Incident Number: 230202468    EMS Response Number: 230202468

Page 6 of 15

| EMS Agency: | NV-LAS VEGAS-Ground | | Patient Name: | ORR, DESHONE | | Incident #: 230202468 | | EMS Response #: | 230202468 |

| EMS Unit: 563 | | | EMS Call Sign: A174 | | | | | |

| 19:28:00 | No | Walling, Adina (106504) | Advanced Emergency Medical Technician (AEMT) | | | Venous Access - tal-Left | Antecubi 20 IV | 1 | Yes | Unchang ed | None |
| 19:30:00 | No | Walling, Adina (106504) | Advanced Emergency Medical Technician (AEMT) | | Protocol (Standing Order) | Blood Glucose Analysis | | 1 | Yes | Unchang ed | None |

## Medical Device

### Medical Devices

| Date/Time of Event (per Medical Device) | Medical Device Administered Prior to EMS Care | Crew Member | Medical Device Event Type | Medical Device Serial Number | Medical Device ECG Lead | ECG Cardiac Rhythm | EKG Comments |
|---|---|---|---|---|---|---|---|
| 19:30:55 | No | Andreas, Sara (110940) | ECG-Monitor | 44263251 | I | NSR - Normal Sinus Rhythm | Import Event 'Leads On' |

## Other Comments

### Vitals

| Date/Time Vital Signs Taken | Obtained Prior to this Units EMS Care | Crew Member | BRIM Narrative | PQRST Narrative | Vital Comments |
|---|---|---|---|---|---|
| 19:26:21 | No | Andreas, Sara (110940) | | | Import Event 'Minimum Timeframe (5 Min)'. Individual events used in creating this vital: [SpO2:23/11/28 19:28:17], [HR:23/11/28 19:28:17]; |
| 19:32:52 | No | Andreas, Sara (110940) | | | Import Event 'Blood Pressure'. Individual events used in creating this vital: [SBP:23/11/28 19:32:52], [DBP:23/11/28 19:32:52], [SpO2:23/11/28 19:32:52], [HR:23/11/28 19:32:52]; |
| 19:37:52 | No | Andreas, Sara (110940) | | | Import Event 'Minimum Timeframe (5 Min)'. Individual events used in creating this vital: [SpO2:23/11/28 19:41:20], [HR:23/11/28 19:41:20]; |
| 19:42:52 | No | Andreas, Sara (110940) | | | Import Event 'Minimum Timeframe (5 Min)'. Individual events used in creating this vital: [SpO2:23/11/28 19:46:20], [HR:23/11/28 19:46:20]; |
| 19:48:00 | No | Andreas, Sara (110940) | | | Import Event 'Blood Pressure'. Individual events used in creating this vital: [SBP:23/11/28 19:48:00], [DBP:23/11/28 19:48:00], [SpO2:23/11/28 19:48:00], [HR:23/11/28 19:48:00]; |
| 19:53:00 | No | Andreas, Sara (110940) | | | Import Event 'Minimum Timeframe (5 Min)'. Individual events used in creating this vital: [SpO2:23/11/28 19:56:58], [HR:23/11/28 19:56:58]; |
| 19:58:00 | No | Andreas, Sara (110940) | | | Import Event 'Minimum Timeframe (5 Min)'. Individual events used in creating this vital: [SpO2:23/11/28 20:01:58], [HR:23/11/28 20:01:58]; |
| 20:03:05 | No | Andreas, Sara (110940) | | | Import Event 'Blood Pressure'. Individual events used in creating this vital: [SBP:23/11/28 20:03:05], [DBP:23/11/28 20:03:05], [SpO2:23/11/28 20:03:05], [HR:23/11/28 20:03:05]; |

## Transfer of Care

| EMS Response Number: | 230202468 | | | Final Patient Acuity: | Lower Acuity (Green) |

| Unit Notified by Dispatch: | 11/28/2023 18:33:07 | Patient Name: | ORR, DESHONE | Incident Number: | 230202468 | EMS Response Number: | 230202468 |

EMS Agency: NV-LAS VEGAS-Ground          Patient Name: ORR, DESHONE          Incident #: 230202468          EMS Response #: 230202468

EMS Unit: 563          EMS Call Sign: A174

Patient Name: ORR, DESHONE

## Run Completion

### Crew Member

| Crew Member Response Role | Crew Member ID | Crew Member Level |
|---|---|---|
| Primary Patient Caregiver-At Scene ; Primary Patient Caregiver-Transport | Andreas, Sara (110940) | Paramedic |
| Driver/Pilot-Response ; Driver/Pilot-Transport ; Other Patient Caregiver-At Scene | Walling, Adina (106504) | Advanced Emergency Medical Technician (AEMT) |

### Exposures

| EMS Professional (Crew Member) ID | Personal Protective Equipment Used | Suspected EMS Work Related Exposure, Injury, or Death |
|---|---|---|
| Walling, Adina (106504) | Gloves | No |
| Andreas, Sara (110940) | Gloves | No |

## Supplies/Delays

Type of Dispatch Delay: None/No Delay

Type of Response Delay: None/No Delay

Type of Scene Delay: None/No Delay

Type of Transport Delay: None/No Delay

Type of Turn-Around Delay: None/No Delay

## Outcome/ Device

Patient Care Report Number: 1e986c50c 214438c84 962d89d97 0878a

Software Creator: ImageTrend, Inc.

Software Name: Elite

Software Version: 1.23.9.1.3

## Signatures

Type of Person Signing: Crew Member

Signature Reason: EMS Provider; Crewmember Signature

Paragraph Text:
I do hereby attest that this information is true, accurate and complete to the best of my knowledge and I understand that any falsification, omission, or concealment of material fact may subject me to administrative, civil, or criminal liability.

Signature Graphic:

Unit Notified by Dispatch: 11/28/2023 18:33:07          Patient Name: ORR, DESHONE          Incident Number: 230202468          EMS Response Number: 230202468

EMS Agency: NV-LAS VEGAS-Ground    Patient Name: ORR, DESHONE    Incident #: 230202468    EMS Response #: 230202468

EMS Unit 563    EMS Call Sign: A174

Printed Name: Sara  Andreas

Signature Date: 11/28/2023 19:44:53

Type of Person Signing: Crew Member

Signature Reason: EMS Provider; Crewmember Signature

Paragraph Text:
I do hereby attest that this information is true, accurate and complete to the best of my knowledge and I understand that any falsification, omission, or concealment of material fact may subject me to administrative, civil, or criminal liability.

Signature Graphic:

Printed Name: Adina  Walling

Signature Date: 11/28/2023 20:58:36

Unit Notified by 11/28/2023    Patient Name: ORR, DESHONE    Incident Number 230202468    EMS Response 230202468
Dispatch  18:33:07                                                                          Number

EMS Agency: NV-LAS VEGAS-Ground       Patient Name: ORR, DESHONE       Incident #: 230202468       EMS Response #: 230202468

EMS Unit: 563       EMS Call Sign: A174

**Addendums**

**Attachments**

File Name: 20231128192621_AMR-LASV3251
Modified By: Sara Andreas
Modified On: 11/28/2023 20:58:51

**EKG**

Time: 11/28/2023 19:26:21
File Name: Physio_20231128192817.png

Time: 11/28/2023 19:30:55
File Name: Physio_20231128193055.png

Unit Notified by: 11/28/2023       Patient Name: ORR, DESHONE       Incident Number: 230202468       EMS Response Number: 230202468
Dispatch: 18:33:07





| EMS Agency: NV-LAS VEGAS-Ground | Patient Name: ORR, DESHONE | Incident #: 230202468 | EMS Response #: 230202468 |
| --- | --- | --- | --- |
| EMS Unit  563 | EMS Call Sign: A174 | | |

Time: 11/28/2023 19:48:00
File Name: Physio_20231128194800.png

Time: 11/28/2023 19:53:00
File Name: Physio_20231128195658.png

Time: 11/28/2023 19:58:00
File Name: Physio_20231128200158.png

| Unit Notified by 11/28/2023 Dispatch: 18:33:07 | Patient Name: ORR, DESHONE | Incident Number: 230202468 | EMS Response Number: 230202468 |
| --- | --- | --- | --- |

EMS Agency   NV-LAS VEGAS-         Patient Name   ORR, DESHONE        Incident #:  230202468        EMS Response #:  230202468
             Ground

EMS Unit   563              EMS Call Sign   A174

Time: 11/28/2023 20:03:05
File Name: Physio_20231128200305.png



Unit Notified by  11/28/2023    Patient Name   ORR, DESHONE    Incident Number  230202468        EMS Response  230202468
         Dispatch:  18:33:07                                                                        Number


                                                                                              Page 13 of 15


https://coreepcrservice.amr.net/PCRViewer/PCRViewer/2023112818330719865/UNF/html    4/17/2024

| EMS Agency: | NV-LAS VEGAS-Ground | Patient Name: | ORR, DESHONE | Incident #: | 230202468 | EMS Response # | 230202468 |
| EMS Unit. | 563 | EMS Call Sign: | A174 | | | | |

**Authorized Representative (B/C) Ambulance Billing Authorization Form (Revision date 09/2023)**

### Header

| Patient Last Name: ORR | Patient First Name: DESHONE |
| Supplier means : NV-LAS VEGAS-Ground | Transport Date: 11/28/2023 19:20:00 |

### SECTION II

| Question | Answer | Notes |
|---|---|---|
| I acknowledge that I am legally responsible for the ambulance services provided to me. I request and assign payment of authorized Medicare benefits and/or other insurance benefits be made on my behalf to Supplier directly for any ambulance services and supplies furnished to me by Supplier whether in the past, now, or in the future. I authorize any holder of medical information about me or other relevant documentation about me to release to the Centers for Medicare and Medicaid Services and its agents and contractors, any and all appropriate third-party payers and their respective agents and contractors, as well as Supplier, any information or documentation in their possession needed to determine these benefits and/or the benefits payable for related services whether in the past, now or in the future. I agree to cooperate with Supplier or its agent in collecting any such benefits and authorize Supplier to file an appeal or grievance on my behalf when Supplier determines my insurance has paid less than Supplier's expected reimbursement for provided services. I expressly authorize Supplier or its related corporate entities, associates, agents, servicers, debt collectors and independent contractors, to contact me or any responsible party at any telephone number (including numbers assigned to any paging, cellular, or mobile service, or any service which charges for the call) mailing address, or any other electronic address used by, or associated with me, or any responsible party and obtained through any source (including any telephone number, I, any responsible party, or any party accompanying me at the time of service, have provided previously or may provide in the future) for the purpose of resolving any unpaid balances or any other pertinent issues regarding this account. | | |
| I expressly agree any such contact by Supplier, it related corporate entities, associates, agents, servicers, debt collectors and independent contractors, may be through any means (including a dialer, automatic telephone dialing system, predictive dialer, interactive voice recognition system, pre-recorded or artificial voice, pre-set messages, or any pre-set electronic messages delivered by any other electronic messaging or text messaging system). Patient or Guarantor agrees and acknowledges any e-mail address or any other electronic address Patient or Guarantor provides to Supplier is Patient's or Guarantor's private address, is not owned or furnished by their employer and cannot be accessed by unauthorized third parties. Patient or Guarantor also authorizes Supplier or its agents or associates to obtain a credit report to assist in the collection of any unpaid balances. Nothing herein shall relieve me from the direct financial responsibility for any charges not paid by an insurer. I further agree to send promptly to Supplier any payments that an insurer forwards to me. | | |

### SECTION II - AUTHORIZED REPRESENTATIVE SIGNATURE:

| Question | Answer | Notes |
|---|---|---|
| Complete this section only if the patient is physically or mentally incapable of signing. | | |
| Of the choices below, explain the circumstances that make it impractical for the patient to sign: | Not Signed-Restrained | |
| AUTHORIZED REPRESENTATIVE SIGNATURE: | I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid or any other payor for any services provided to the patient by Supplier (named above) now or in the past (or in the future, where permitted). By signing below, I acknowledge that I am one of the authorized signers listed below. Unless I am the legal guardian as indicated below, my signature is not an acceptance of financial responsibility for the services rendered. | |
| Printed Name of Authorized Representative | KEITH | |

| Unit Notified by Dispatch: | 11/28/2023 18:33:07 | Patient Name. | ORR, DESHONE | Incident Number. | 230202468 | EMS Response Number. | 230202468 |