UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DESHONE ORR,

Plaintiff,

v.

DARRYL KELLEY, *et. al*.,

Defendants.

Case No. 3:25-CV-00711-MMD-CLB

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

[ECF No. 17]

Before the Court is Adam Breeden and Breeden & Associates, PLLC's (collectively referred to as "Counsel") motion to withdraw as counsel for Plaintiff Deshone Orr. (ECF No. 17.) No opposition was filed, and Counsel certify that the motion to withdraw was served on Plaintiff by both U.S. mail. (ECF No. 17 at 5.)

Good cause appearing, the motion to withdraw, (ECF No. 17), is **GRANTED**. The Clerk shall update the docket to reflect the following address for Plaintiff. In addition, a copy of this order and all documents hereafter filed shall be served on Plaintiff at the following address:

**Deshone Orr, Inmate Number 1004451**

**Northern Nevada Correctional Center**

**P.O. Box 7000**

**Carson City, NV 89702**

**IT IS SO ORDERED.**

**DATED**: August 19, 2026.

UNITED STATES MAGISTRATE JUDGE